IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| **WALID KHALDI,** | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | CIVIL ACTION NO. 4:15-cv-00402 |
| | § | |
| **LIBERTY INSURANCE CORPORATION,** | § | |
| | § | |
| | § | |
| Defendant. | § | |

## NOTICE OF SETTLEMENT

**TO THE HONORABLE JUDGE OF SAID COURT:**

The parties respectfully advise the Court that the parties have settled all claims in controversy in the above-referenced case. The final motion to dismiss should be submitted on or before 30 days from the date of this Notice.

If the parties are unable to comply with filing a motion to dismiss within 30 days, they will file the appropriate motion requesting additional time.

Respectfully Submitted,

*s/s Mark D. Tillman*
MARK D. TILLMAN
State Bar No. 00794742
MICHAEL DIKSA
State Bar No. 24012531

**TILLMAN BATCHELOR LLP**
1320 Greenway Drive, Suite 830
Irving, Texas 75038
Telephone: (214) 492-5720
Facsimile: (214) 492-5721
Email: mark.tillman@tb-llp.com
mike.diksa@tb-llp.com

**ATTORNEYS FOR DEFENDANT
LIBERTY INSURANCE CORPORATION**

## CERTIFICATE OF SERVICE

      I hereby certify that on August 3, 2015, a true and correct copy of the foregoing document was served on all counsel of record via electronic court notification pursuant to Federal Rules of Civil Procedure, as follows:

**ATTORNEYS FOR PLAINTIFF**
Bill L. Voss
State Bar No. 24047043
Scott G. Hunziker
State Bar No. 24032446
Clayton Hardin
State Bar No. 24090144
The Voss Law Center
26619 Interstate 45 South
The Woodlands, Texas 77380
Telephone: (713) 861-0015
Facsimile: (713) 861-0021
clayton@vosslawfirm.com

                                      */s/ Mark D. Tillman*
                                      MARK D. TILLMAN