**NOT FOR PRINTED PUBLICATION**

# IN THE UNITED STATES DISTRICT COURT
# OF THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | | |
|---|---|---|
| WALID KHALDI | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 4:15CV402 |
| | § | |
| LIBERTY INSURANCE | § | |
| CORPORATION | § | |

## ORDER OF DISMISSAL WITH PREJUDICE

Before the Court is the parties' Joint Motion to Dismiss With Prejudice (Doc. # 12). According to the motion, all matters have been fully settled, and the parties request all claims that have been and/or could have been asserted by Plaintiff against Defendant be dismissed with prejudice. Accordingly, it is hereby

**ORDERED** that the Joint Motion to Dismiss With Prejudice (Doc. # 12) is **GRANTED,** and this case is **DISMISSED** with prejudice, with each party to bear their own costs.

All relief not previously granted is **DENIED**.

The Clerk is directed to **CLOSE** this civil action.

So **ORDERED** and **SIGNED** this **1**   day of **September, 2015.**

_____
Ron Clark, United States District Judge